STATE OF NEW JERSEY v. JOSEPH PALMER.

May 24, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. ANTHONY SCIOSCIA AND HOME AND INDUSTRIAL DISPOSAL SERVICE.

May 24, 1985.

Petition for certification denied.   (See 200 *N.J.Super.* 28)

STATE OF NEW JERSEY v. LOUIS SPIEDGEL AND INTER COUNTY REFUSE SERVICE, INC.

May 24, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. JOHN W. DUTHIE.

May 24, 1985.

Petition for certification denied.   (See 200 *N.J.Super.* 19)